**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-4018

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DEVON DALE BECKFORD, a/k/a Chubbs, a/k/a
Trubbey, a/k/a Bull, a/k/a Big Bull, a/k/a
Fats,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CR-96-66)

Submitted: April 29, 1999        Decided: May 4, 1999

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Devon Dale Beckford, Appellant Pro Se. David John Novak, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Devon Beckford appeals from the district court's orders denying his motion for leave to file his appeal out of time and denying his motion to appeal nunc pro tunc. We have reviewed the record and the district court's orders and find no reversible error. Beckford sought to note his appeal beyond the ten-day appeal period and beyond the thirty-day period in which the district court could extend the appeal period. See Fed. R. App. P. 4(b). Therefore, the district court was without authority to extend the appeal period. Accordingly, we affirm on the reasoning of the district court. See United States v. Beckford, No. CR-96-66 (E.D. Va. Dec. 14, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2